IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAVID E. FRIEND, | ) | |
|---|---|---|
| Petitioner, | ) | 4:17CV3156 |
| v. | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Request for Enlargement of Time to Respond to Respondent's Motion for Summary Judgment (filing no. 14) is granted. Petitioner's responsive brief shall be filed on or before April 11, 2018. Respondent's reply brief shall be filed on or before May 11, 2018.

DATED this 20th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge